UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 24-CV-23241-RAR
24-CV-23237-RAR
24-CV-23244-RAR

**TUSHBABY, INC.**,

    Plaintiff,

v.

**GOMOM SHOP**,

    Defendant.
_____/

v.

**BABYMUST LOCAL**,

    Defendant.
_____/

v.

**TOLOCO**,

Defendant.
_____/

## ORDER OF TRANSFER

**THIS CAUSE** comes before the Court *sua sponte*. Pursuant to Southern District of Florida Internal Operating Procedure 2.15.00, because of related Case Nos. 24-cv-22281-DSL, 24-cv-20941-DSL, and 24-cv-21136-DSL, it appears there is good cause for a transfer of cases. Thus, it is hereby

**ORDERED AND ADJUDGED** that, subject to Judge David S. Leibowitz's consent, the above-numbered cases are transferred to Judge David S. Leibowitz for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, this 26th day of August, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

After reviewing the Court file in the above-numbered cause, the undersigned hereby accepts the transfer of said cases. Additionally, these cases involve the same subject matter and claims pending before the undersigned in Case No. 24-cv-22281-DSL. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. These cases are **CONSOLIDATED** with **Case No. 24-cv-22281-DSL**. All pleadings filed after this date shall be filed under Case No. 24-cv-22281-DSL.

2. The Clerk shall **CLOSE** Case Nos. 24-cv-23241-DSL, 24-cv-23237-DSL, and 24-cv-23244-DSL for administrative purposes only.

**DONE AND ORDERED** in the Southern District of Florida this 27th day of August, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Hon. Rodolfo A. Ruiz, II
Hon. David S. Leibowitz
Counsel of record via CM/ECF